Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*WOW Virtual Reality, Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WOW VIRTUAL REALITY, INC., *Plaintiff* <br><br> v. <br><br> MINERAL_SG, *et al*, *Defendants* | **CIVIL ACTION No.** <br> **1: 19-cv-5478 (CM)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff WOW Virtual Reality, Inc. ("WOW" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant mineral_sg, Monko, Rainbow wallpaper, SNT store and sunruyi888 in the above-captioned action, without prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: July 26, 2019                                Respectfully submitted,

                                                                          **EPSTEIN DRANGEL LLP**

BY: _____
                                                        Brieanne Scully (BS 3711)
                                                        bscully@ipcounselors.com
                                                        EPSTEIN DRANGEL LLP
                                                        60 East 42nd Street, Suite 2520
                                                        New York, NY 10165
                                                        Telephone:   (212) 292-5390
                                                        Facsimile:     (212) 292-5391
                                                        *Attorneys for Plaintiff*
                                                        *WOW Virtual Reality, Inc.*

**It is so ORDERED.**

Signed at New York, NY on August 7, 2019.

_____
Judge Colleen McMahon
United States District Judge