Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*WOW Virtual Reality, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WOW VIRTUAL REALITY, INC.,<br>*Plaintiff*<br><br>v.<br><br>MINERAL_SG, *et al*,<br>*Defendants* | **CIVIL ACTION No.**<br>**1: 19-cv-5478 (CM)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff WOW Virtual Reality, Inc. ("WOW" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant Rangaa in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: August 6, 2019

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: _____
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*WOW Virtual Reality, Inc.*

**It is so ORDERED.**

Signed at New York, NY on _August 7_, 2019.

_____
Judge Colleen McMahon
United States District Judge

2